ENDO PRODUCTS, INC., Respondent, *v.* ITALIAN DRUGS IMPORTING CO., INC., Appellant.

Argued April 11, 1939; decided May 16, 1939.

*Robert W. Bernard* and *Caesar Nobiletti* for appellant.

*Asher Blum, Hugo Mock* and *David L. Klein* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, HUBBS, LOUGHRAN and RIPPEY, JJ. Taking no part: O'BRIEN and FINCH, JJ.